### *Peck* v. *M'Alpine*.

ON *certiorari*, the plaintiff relied on the justice's
having adjourned for more than six days.

*Per Curiam.* It appears to have been so done on
his own request ; he is, therefore, estopped from al-
leging it for error.

### *Hugh Moore* v. *Roswell Ames*.

ON *certiorari*. The suit before the justice, was
to recover back a fine of $　　imposed by the now
plaintiff upon the present defendant, for a contempt in
refusing to be sworn, or answer as a witness in a
cause tried before him.

*Per Curiam.* A justice is not liable to a suit for a
judicial act, and the merits of the imposition of the
fine, cannot be overhauled before another justice.
The magistrate in the first suit had exclusive juris-
diction to determine when the witness was in con-
tempt.